## Case No. 4,781.

### FIFTY-ONE BALES OF GOATS' HAIR.

[2 Ben. 479.][1]

District Court, S. D. New York. June, 1868.

BLATCHFORD, District Judge. The prayer of the petition is denied. I think that the twenty-third section of the act of March 2, 1861 (12 Stat. 193, 195), exempting from duty hair of all kinds, uncleaned and unmanufactured, applies to the goats' hair in question, which is uncleaned and unmanufactured, and that such section is in force, notwithstanding any thing in the act of June 30, 1864. The fourth section of that act is merely a substitute for the twelfth section of the act of March 2, 1861, and is not repugnant to anything in the provision, in regard to hair, in the twenty-third section of the act of 1861. The hair in question was exempt from duty.